William R. Sittig, Jr., and John A. Tumolo, Pittsburgh, for Petitioner.

### ORDER

· **AND NOW**, this 16th day of April, 1997, the Petition for Allowance of Appeal at 377 W.D. Allocatur Docket 1996, is granted, limited to the issue of what test should be applied to determine whether a business entity is a public utility for zoning purposes where the zoning ordinance does not define that term. Accordingly, we **DENY** these Petitions for Allowance of Appeal concerning the remaining issues and parties.

**Marvin FACTOR and Kathleen Factor, Petitioners,**

v.

**BICYCLE TECHNOLOGY INC., Specialized Bicycle Components and Shimano Industrial Co., Ltd.**

v.

**GIANT MANUFACTURING CO., Respondent,**

and

**City of Philadelphia.**

Supreme Court of Pennsylvania.

April 16, 1997.

David F. Binder, Philadelphia, for Petitioner.

### ORDER

PER CURIAM.

AND NOW, this 16th day of April, 1997, the Petition for Allowance of Appeal is GRANTED, limited to whether the trial court erred by refusing to strike the testimony of respondent's expert witness. This case is to be scheduled for oral argument.